UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 26-MJ-3166-D'ANGELO (SEALED)

UNITED STATES OF AMERICA,

      Plaintiff,

V.

Jimmy Glenn Thompson

      Defendant,

_____/

### ORDER

**THIS CAUSE** came before the Court pursuant to the arrest of the above-named defendant. Being fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that this case is unsealed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 8th day of July, 2026.

EDUARDO SANCHEZ
UNITED STATES MAGISTRATE JUDGE