# COURT MINUTES

# Magistrate Judge Eduardo Sanchez

Atkins Building Courthouse - 6th Floor

Date: 07/08/2026 Time: 2:00 PM

Defendant: Jimmy Glenn Thompson J#: Case #: 26-MJ-3166-D'ANGELO ~~(SEALED)~~

AUSA: Sean McLaughlin Attorney:

Violation: Target of Investigation Surr/Arrest Date: 07/08/2026 YOB:

Proceeding: Appointment of Attorney CJA Appt: Frank Quintero, Esq.

Bond/PTD Held: ◯ Yes ◯ No Recommended Bond:

Bond Set at: Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:

- Govt's ore tenus request to Unseal the Target Letter is **GRANTED.**

-Defendant advised; Defendant sworn;

-Deft. ore tenus request for Court appointed counsel -GRANTED. CJA is appointed.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE** **Date:** **Time:** **Judge:** **Place:**

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 14:08:04 Time in Court: 4 minutes

s/Eduardo Sanchez Magistrate Judge